# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2021

160281

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MAURICE JONES,
      Defendant-Appellant.

SC: 160281
COA: 349174
Wayne CC: 79-007182-FC

_____/

By order of September 8, 2020, the application for leave to appeal the September 4, 2019 order of the Court of Appeals was held in abeyance pending the decision in *People v Manning* (Docket No. 160034). On order of the Court, the case having been denied on December 28, 2020, 506 Mich 1033 (2020), the application is again considered and, it appearing to this Court that the case of *People v Poole* (Docket No. 161529) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.





b0713

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2021

Clerk